IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03071-MJW

JACK BAHR, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiff,

v.

WOLF OIL AND GAS, LLC,
JEFFERY WOLF, and
JESSE WOLF,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Appear at the Status Conference Via Telephone (Docket No. 19) is GRANTED.

     Counsel for Plaintiff may appear at the January 30, 2015 Scheduling Conference by telephoning chambers at the appointed time, at (303) 844-2403. If more than one individual will be appearing by telephone, all such individuals should be on the line prior to contacting chambers.

Date: January 22, 2015