IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03071-MJW

JACK BAHR, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiff,

v.

WOLF OIL AND GAS, LLC,
JEFFERY WOLF, and
JESSE WOLF,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In light of Plaintiff's Notice of Withdrawal of Plaintiff's Motion to Strike Defendants' Defenses (Docket No. 33), it is hereby ORDERED that Plaintiff's Motion to Strike Defendants' Defenses **(Docket No. 27)** is **WITHDRAWN**.

Date: March 9, 2015