# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  14-cv-03071-MJW | FTR - Courtroom A-502 |
| **Date:**  October 06, 2015 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| JACK BAHR, | Udyogi A. Hangawatte  (by telephone) |
| Individually and On Behalf of All Others Similarly Situated, | Galvin B. Kennedy    (by telephone) |
| Plaintiff(s), | |
| v. | |
| WOLF OIL AND GAS, LLC, | Brett C. Painter |
| JEFFERY WOLF, and | |
| JESSE WOLF, | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **FAIRNESS / MOTION HEARING**
**Court in Session:**    1:58  p.m.
Court calls case.  Appearances of counsel.  Also present are defendants Jeffery Wolf and Jesse Wolf.
Parties filed the Pilot Program Consent Form [Docket No. 16] indicating  that all parties consent to have a United States Magistrate Judge conduct all proceedings in this civil action, including trial, and to order the entry of final judgment.

The Court raises the Joint Motion for Approval of Settlement [Docket No. 53] for discussion. Statements by Ms. Hangawatte.  Statements by Mr. Painter.  The Court directs questions to defendants Jeffery Wolf and Jesse Wolf.

**It is ORDERED:**    The JOINT MOTION FOR APPROVAL OF SETTLEMENT [Docket No **53**, filed September 17, 2015] is **TAKEN  UNDER  ADVISEMENT.** The court will issue its written Order.

Hearing concluded.
**Court in recess:**   2:03 p.m.
Total In-Court Time 00: 05

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470