IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03071-MJW

JACK BAHR, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiff,

v.

WOLF OIL AND GAS, LLC,
JEFFERY WOLF, and
JESSE WOLF,

Defendants.

_____

ORDER
_____

Michael J. Watanabe
United States Magistrate Judge

        Pursuant to the parties' Stipulation of Dismissal (Docket No. 61), this case is
hereby DISMISSED pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), with prejudice, each party
to pay his or its costs and with attorneys' fees to be paid in accordance with the parties'
agreement.

        Dated this 23rd day of October, 2015.

                                        */s/ Michael J. Watanabe*
                                        MICHAEL J. WATANABE
                                        United States Magistrate Judge